**Devon M. Jacob**

| | |
|---|---|
| **From:** | Devon M. Jacob |
| **Sent:** | Wednesday, October 2, 2024 3:04 PM |
| **To:** | Sara Monaghan; Traci Squires |
| **Subject:** | RE: JONES: Trinity Springs Pavilion and Tramon and Shadrick's Depositions |

Thank you. Would you please produce all documents that you received via subpoena? Also, do you wish to mediate? If not, once I receive the discovery, I would like to discuss expert discovery deadlines.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Sara Monaghan <smonaghan@arml.org>
**Sent:** Wednesday, October 2, 2024 3:02 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>; Traci Squires <tsquires@arml.org>
**Subject:** RE: JONES: Trinity Springs Pavilion and Tramon and Shadrick's Depositions

Devon,
I have received the medical records from Trinity Springs, and I will not be deposing Tramon and Shadrick.  Thanks, Sara

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Wednesday, October 2, 2024 12:00 PM
**To:** Traci Squires <tsquires@arml.org>; Sara Monaghan <smonaghan@arml.org>
**Subject:** RE: JONES: Trinity Springs Pavilion and Tramon and Shadrick's Depositions

**EXTERNAL SENDER:** This message originated OUTSIDE of AML! If you do not recognize the sender or are not expecting this email, DO NOT click links or open attachments. If the message seems suspicious in any way, please use the PHISH ALERT BUTTON and NEVER provide your user ID or password.

Following up to make sure that my emails are being received. Thank you.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Tuesday, October 1, 2024 11:31 AM
**To:** Traci Squires <tsquires@arml.org>; Sara Monaghan <smonaghan@arml.org>
**Subject:** Re: JONES: Trinity Springs Pavilion and Tramon and Shadrick's Depositions

Following up again. Thank you.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).* Supporting the profession of law enforcement by holding it accountable to the people.

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Devon M. Jacob
**Sent:** Monday, September 30, 2024 12:36:15 PM
**To:** Traci Squires <tsquires@arml.org>; Sara Monaghan <smonaghan@arml.org>
**Subject:** RE: JONES: Trinity Springs Pavilion and Tramon and Shadrick's Depositions

Hi Traci and Sara. I hope you are both well. Circling back on the below.
Sincerely,
Devon
**DEVON M. JACOB, ESQUIRE**

**From:** Devon M. Jacob
**Sent:** Friday, September 27, 2024 11:18 AM
**To:** Traci Squires <tsquires@arml.org>
**Cc:** Sara Monaghan <smonaghan@arml.org>
**Subject:** JONES: Trinity Springs Pavilion and Tramon and Shadrick's Depositions

Hi Traci,

I am following up on the below. It has been my understanding that Sara was serving a subpoena for medical records on Trinity Springs Pavilion, 1600 May Street Fort Worth, TX 76104, and that Sara also wanted to conduct Tramon and Shadrick's depositions. Do you know where Sara is on these matters? I only ask because our discovery deadline is almost here ……

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).* Supporting the profession of law enforcement by holding it accountable to the people.

**Disclaimer:** No attorney-client relationship exists without a written and signed retainer agreement.

**Notice:** This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and any attachments.

**IRS Circular 230 Notice:** Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.