EXHIBIT # 1

**Devon M. Jacob**

| | |
|---|---|
| **From:** | Traci Squires <tsquires@arml.org> |
| **Sent:** | Wednesday, October 2, 2024 5:08 PM |
| **To:** | Devon M. Jacob |
| **Cc:** | Sara Monaghan |
| **Subject:** | Jones v. Jacksonville |
| **Attachments:** | Jack Ryan Report with attachments.pdf |

Devon, attached please find our expert report in the above case. Thanks.

Traci L. Squires, Certified Paralegal
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR 72115
Telephone: 501-978-6118
Email: tsquires@arml.org