**Devon M. Jacob**

| | |
|---|---|
| **From:** | Devon M. Jacob |
| **Sent:** | Monday, October 28, 2024 1:34 PM |
| **To:** | Traci Squires |
| **Cc:** | Sara Monaghan |
| **Subject:** | RE: Jones v. Jacksonville |
| **Attachments:** | Joint Status Report.docx |

Thank you, Traci. Please see the attached with my proposed revisions included using track changes.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Traci Squires <tsquires@arml.org>
**Sent:** Monday, October 28, 2024 1:17 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Sara Monaghan <smonaghan@arml.org>
**Subject:** RE: Jones v. Jacksonville

Devon, I've attached a draft status report. Please review and add or change what you like. Thanks.

Traci L. Squires, Certified Paralegal
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR 72115
Telephone: 501-978-6118
Email: tsquires@arml.org

1

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Monday, October 28, 2024 9:48 AM
**To:** Traci Squires <tsquires@arml.org>
**Cc:** Sara Monaghan <smonaghan@arml.org>
**Subject:** Re: Jones v. Jacksonville

**EXTERNAL SENDER:** This message originated OUTSIDE of AML! If you do not recognize the sender or are not expecting this email, DO NOT click links or open attachments. If the message seems suspicious in any way, please use the PHISH ALERT BUTTON and NEVER provide your user ID or password.

Never heard back. Regardless, I believe that we have a status report due today. How would you like to handle?

Sincerely,

Devon


**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).* Supporting the profession of law enforcement by holding it accountable to the people.

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Wednesday, October 2, 2024 5:47:55 PM
**To:** Traci Squires <tsquires@arml.org>
**Cc:** Sara Monaghan <smonaghan@arml.org>
**Subject:** Re: Jones v. Jacksonville

Thank you. The expert rule provides a 30-day window for rebuttal reports, which I will have. Do you want to leave the motion deadline as is or extend?

Sincerely,

Devon


**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).*Supporting the profession of law enforcement by holding it accountable to the people.

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Traci Squires <tsquires@arml.org>
**Sent:** Wednesday, October 2, 2024 5:08:17 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Sara Monaghan <smonaghan@arml.org>
**Subject:** Jones v. Jacksonville

Devon, attached please find our expert report in the above case. Thanks.

Traci L. Squires, Certified Paralegal
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR 72115
Telephone: 501-978-6118
Email: tsquires@arml.org

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.