# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TRAVON S. BREWER**                                                                    **PLAINTIFF**

**vs.**                    **CASE NO.: 2:24-cv-00043-BSM**

**MICHAEL T. TALLEY, et al.**                                                           **DEFENDANTS**

## JOINT RULE 26(f) REPORT

COME NOW, the parties, by and through undersigned counsel, and for their Joint Rule 26(f) Report, state as follows:

1. Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).

    **RESPONSE**:        None at this time.

2. Date when mandatory disclosures were or will be made.

    **RESPONSE:**        November 14, 2024.

3. Subjects on which discovery may be needed.

    **RESPONSE**:        All issues of alleged liability and damages.

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:

    (a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

    (b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

(c)     the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;

(d)     whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

(e)     other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

**RESPONSE**:     Not yet determined. The parties agree to cooperate on the production of ESI, if such information exists.

5.     Date by which discovery should be completed.

**RESPONSE**:     October 1, 2025.

6.     Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

**RESPONSE**:     None at this time.

7.     Any Orders, e.g. protective orders, which should be entered.

**RESPONSE**:     Defendants anticipate submitting a proposed protective order.

8.     Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

**RESPONSE**:     None.

9.     Any objections to the proposed trial date.

**RESPONSE**:     None.

10. Proposed deadline for joining other parties and amending the pleadings.

**RESPONSE**:   September 1, 2025

11. Proposed deadline for completing discovery.

**RESPONSE**:   October 1, 2025

12. Proposed deadline for filing motions other than motions for class certification.

**RESPONSE**:   October 27, 2025, for dispositive motions. February 13, 2026, for Motions in Limine.

13. Estimate of how many six (6) hour trial days are needed.

**RESPONSE**:    Five 6-hour trial days.

                Respectfully submitted,

By:   Gabrielle Gibson, Bar Number 2018113
P.O. Box 38
North Little Rock, Arkansas 72115
Telephone: (501) 537-3783
Fax: (501) 537-7258
Email: ggibson@arml.org

AND

Jenna Adams, Bar No. 2015082
Attorney for the Defendants
P.O. Box 38
North Little Rock, AR 72115
Tel: (501) 978-6115
Fax: (501) 978-6558
Emal: jenadams@arml.org

AND

Devon M. Jacob
Jacob Litigation, Inc.
P.O. Box 837
Mechanicsburg, PA 17055

717-996-7733
djacob@jacoblitigation.com

AND

Ven Johnson
Ven Jonson Law, PLC
535 Griswold St., Suite 2600
Detroit, MI 48226
888-753-1043
vjohnson@venjohnsonlaw.com

4